# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| In Re Application of | § | |
| | § | |
| G+ Communications LLC, | § | |
| | § | |
| Applicant, | § | Case No. 2:22-MC-0003-JRG-RSP |
| | § | |
| For an Order Pursuant To | § | |
| 28 U.S.C. § 1782 To Conduct Discovery | § | |
| For Use In A Foreign Proceeding | § | |

## **ORDER**

The Court finds that Applicant G+ Communications LLC has not shown good cause to proceed *ex parte* on this application. Accordingly, Applicant is directed to provide notice to Respondent or its counsel and to file a certificate showing the manner in which such notice has been accomplished.

**SIGNED this 8th day of June, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE