IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| In re Application of<br><br>G+ Communications LLC,<br><br>Applicant,<br><br>For An Order Pursuant To<br>28 U.S.C. § 1782 To Conduct Discovery For<br>Use In A Foreign Proceeding | Case No.: 2:22-MC-0003-JRG-RSP |

## CERTIFICATE OF COMPLIANCE WITH JUNE 8, 2022 ORDER

On June 8, 2022, the Court ordered Applicant G+ Communications, LLC to "provide notice to Respondent or its counsel." Dkt. 2 ("the Order"). Pursuant to the Order, I hereby certify that on June 8, 2022, on behalf of the Applicant, counsel for Applicant sent an email to Melissa R. Smith—the only counsel of record at the time for Respondent Samsung Electronics America, Inc. ("SEA") in the related action pending in this Court (Case No. 2:22-cv-00078-JRG). *See* Ex. 1. Counsel for Applicant attached Applicant G+ Communications LLC's *ex parte* application For an Order Pursuant To 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding and its supporting documents (Dkt. 1, "the Application") and asked Respondent's counsel if they would agree to accept service of the application on behalf of SEA. *See* Ex. 1. Applicant's counsel followed up on multiple occasions regarding the request to accept service. *See* Ex. 1.

After not receiving an answer to whether Respondent's counsel would accept service and wanting to comply with the Court's Order, Applicant served Respondent Samsung Electronics America, Inc.'s registered agent in Texas on June 14, 2022 with the Application. *See* Ex 2. A copy of that proof of service is attached here as Exhibit 2.

1

| | |
|---|---|
| Dated: June 14, 2022 | Respectfully Submitted, |
| | */s/ Bradley D. Liddle* |
| | E. Leon Carter<br>lcarter@carterarnett.com<br>Texas Bar No. 03914300<br>Scott W. Breedlove<br>sbreedlove@carterarnett.com<br>State Bar No. 00790361<br>Bradley D. Liddle<br>bliddle@carterarnett.com<br>Texas Bar No. 24074599<br>Theresa M. Dawson<br>tdawson@carterarnett.com<br>Texas State Bar No. 24565128<br>Daniel L. Schmid<br>dschmid@carterarnett.com<br>Texas Bar No. 24093118<br>Michael C. Pomeroy<br>mpomeroy@carterarnett.com<br>Texas Bar No. 24098952<br>CARTER ARNETT PLLC<br>8150 N. Central Expy, 5th Floor<br>Dallas, Texas 75206<br>Telephone No. (214) 550-8188<br>Facsimile No. (214) 550-8185 |
| | IRELL & MANELLA LLP<br>Jason Sheasby (CA #205455)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199 |
| | **ATTORNEYS FOR APPLICANT**<br>**G+ COMMUNICATIONS LLC** |