Tuesday, June 14, 2022 at 16:09:05 Central Daylight Time

| | |
|---|---|
| **Subject:** | Re: In re Application of G+ Communications LLC For 28 U.S.C.§ 1782 Discovery From Samsung Electronics America, Inc. |
| **Date:** | Monday, June 13, 2022 at 10:16:41 AM Central Daylight Time |
| **From:** | Bradley D Liddle |
| **To:** | Melissa Smith, Daniel Schmid |
| **CC:** | Scott Breedlove, Ralph A. Phillips |
| **Attachments:** | image001.png, image003.jpg, image004.png, image005.png |

Counsel – Following up again on our request.  Please let us know if you will accept service of the documents.  If we do not hear from you by 2 PM Central today, we intend to serve SEA's registered agent with the documents.



**Bradley D. Liddle | Partner**
bliddle@carterarnett.com
D: 214.431.4990
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** Melissa Smith <Melissa@gillamsmithlaw.com>
**Date:** Friday, June 10, 2022 at 1:06 PM
**To:** Daniel Schmid <dschmid@carterarnett.com>
**Cc:** Scott Breedlove <sbreedlove@carterarnett.com>, Bradley D Liddle <bliddle@carterarnett.com>, Ralph A. Phillips <RPhillips@fr.com>
**Subject:** RE: In re Application of G+ Communications LLC For 28 U.S.C.§ 1782 Discovery From Samsung Electronics America, Inc.

Looping in Ralph

*Melissa Smith*



**Principal Office:**
303 S. Washington Ave.
Marshall, Texas  75670
Tel.  903.934.8450
Fax  903.934.9257
**Tyler Office:**
Petroleum Building
102 N. College, Ste 800

Tyler, Texas  75702
www.gillamsmithlaw.com

---

**From:** Daniel Schmid <dschmid@carterarnett.com>
**Sent:** Friday, June 10, 2022 12:43 PM
**To:** Melissa Smith <Melissa@gillamsmithlaw.com>
**Cc:** Scott Breedlove <sbreedlove@carterarnett.com>; Bradley D Liddle <bliddle@carterarnett.com>
**Subject:** Re: In re Application of G+ Communications LLC For 28 U.S.C.§ 1782 Discovery From Samsung Electronics America, Inc.
**Importance:** High

Melissa,

Following up on my email from earlier this week, will you be able to accept service of the § 1782 discovery application on behalf of Samsung Electronics America, Inc.?

Thanks,
Dan



**Daniel L. Schmid | Counsel**
dschmid@carterarnett.com
D: 214.666.8512
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** Daniel Schmid <dschmid@carterarnett.com>
**Date:** Wednesday, June 8, 2022 at 4:57 PM
**To:** melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Cc:** Scott Breedlove <sbreedlove@carterarnett.com>, Bradley D Liddle <bliddle@carterarnett.com>
**Subject:** In re Application of G+ Communications LLC For 28 U.S.C.§ 1782 Discovery From Samsung Electronics America, Inc.

Melissa,

Yesterday, G+ Communications LLC filed an application For an Order Pursuant To 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. Specifically, G+ Communications is seeking discovery from Samsung Electronics America, Inc. for use in litigation in Brazil between G+ Communications and Samsung Eletrônica Da Amazônia LTDA. In response to that application, the Court has directed G+ Communications to serve Samsung Electronics America, Inc. with copies of the application and supporting documents and to inform the Court once that service has been effected. Accordingly, please find copies of those documents attached and confirm that you will accept service on behalf of Samsung Electronics America, Inc.

Best,
Dan



**Daniel L. Schmid | Counsel**
dschmid@carterarnett.com
D: 214.666.8512
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.