**EXHIBIT 2**

## RETURN OF SERVICE

### CAUSE NUMBER 0081472-49.2022.8.19.0001

### DELIVERY OF AN EXPARTE APPLICATIONFOR ORDER FOR DISCOVERY

Came to hand on the 14th day June, 2022 at 9:00AM and executed by hand delivery to C.T. Corporation System, who is the registered agent for defendant, Samsung Electronics America, Inc. at 1999 Bryan Street, Ste 900, Dallas Texas 75201.

George Martinez, an employee of C.T. Corporation System, is authorized to accept service, and accepted this document on their behalf at 09:37am, June 14th 2022.

FEES: 100.00 rush fee.

_____
Authorized Person (Signature)

Rudy F Hinojosa

SUPREME COURT # PSC-1376
EXPIRATION DATE July 31, 2022
Dallas County Texas.

My name is Rudy f Hinojosa and my date of birth is January 8, 1959

My address is 6704 Saddletree Trl Plano Texas 75023 USA

I declare under penalty of perjury that the foregoing is true and correct,

Executed in Dallas County State of Texas

On the 14th day of June 2022

_____ Declarant

Rudy Hinojosa
Rudy Hinojosa Private Process Service
Tx Supreme Ct. ID  PSC-1376
expires July 31, 2022