# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| In re Application of<br><br>G+ Communications LLC,<br><br>Applicant,<br><br>For An Order Pursuant To<br>28 U.S.C.§ 1782 To Conduct Discovery For<br>Use In A Foreign Proceeding | Civil Action No. 2:22-MC-3 |

**NOTICE OF INTENT TO INTERVENE AND OPPOSE EX PARTE APPLICATION FOR ORDER FOR DISCOVERY FROM SAMSUNG ELECTRONICS AMERICA, INC. FOR USE IN A COURT PROCEEDING IN BRAZIL PURSUANT TO 28 U.S.C. § 1782**

By and through this submission, Samsung Electronics America, Inc. ("SEA") hereby provides notice that it intends to intervene in the above captioned action to oppose entry of an order for discovery against it for use in Case No. 0081472-49.2022.8.19.0001, and its corresponding Interlocutory Appeal No. 0031565-11.2022.8.19.0000, pending in Brazil.  Among other issues, the discovery sought by Applicant is an attempt to circumvent foreign proof-gathering restrictions and other policies of Brazil.  *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 265 (2004).

SEA informed counsel for Applicant of its intent to intervene and object, and indicated that it will file papers within two weeks of the submission of this notice.  Absent direction otherwise from the Court, SEA will proceed accordingly.

Dated: June 16, 2022

Respectfully submitted,

*/s/ Melissa Richards Smith*
Melissa Richards Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

FISH & RICHARDSON P.C.

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com

Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com

Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com

Linhong Zhang
DC Bar No. 982341
lwzhang@fr.com

Will Freeman
DC Bar No. 1671507
will.freeman@fr.com

Sun Young Park
NY Bar No. 5412739
apark@fr.com

Julianne Campbell
DC Bar No. 1766159
jcampbell@fr.com
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Leonard Davis
Texas Bar No. 05521600
ldavis@fr.com

Thomas H. Reger II
Texas Bar No. 24032992

2

reger@fr.com

Rodeen Talebi
Texas Bar No. 24103958

talebi@fr.com
1717 Main Street, Suite 5000
Dallas, TX 78766
Tel  (214) 747-5070
Fax (214) 747-2091


John Thornburgh
CA Bar No. 154627
thornburgh@fr.com

Alex Gelberg
CA Bar No. 279989
gelberg@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel (858) 678-5070


***Counsel for Intervenor***
*SAMSUNG ELECTRONICS AMERICA, INC.*

## **CERTIFICATE OF SERVICE**

This is to certify that on June 16, 2022, a true and correct copy of the foregoing instrument was delivered to all counsel of record through the court electronic system.

<i>/s/ Melissa Richards Smith</i>