**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| In re Application of | |
| G+ Communications LLC, | |
| Applicant, | Case No.: 2:22-MC-0003-JRG-RSP |
| For An Order Pursuant To 28 U.S.C.§ 1782 To Conduct Discovery For Use In A Foreign Proceeding | |

**APPLICANT'S NOTICE OF NON-OPPOSITION TO
SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO
INTERVENE IN G+ COMMUNICATIONS' *EX PARTE* APPLICATION FOR
<u>DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

NOTICE IS HEREBY GIVEN by and through counsel of record that Applicant G+ Communications, LLC does not oppose proposed intervenor Samsung Electronics America, Inc.'s Motion For Leave to Intervene in G+ Communications' *Ex Parte* Application For Discovery Pursuant To 28 U.S.C. § 1782 (Dkt. 6).

1

Dated: July 14, 2022

Respectfully Submitted,

*/s/ Bradley D. Liddle*

E. Leon Carter
lcarter@carterarnett.com
Texas Bar No. 03914300
Scott W. Breedlove
sbreedlove@carterarnett.com
State Bar No. 00790361
Bradley D. Liddle
bliddle@carterarnett.com
Texas Bar No. 24074599
Theresa M. Dawson
tdawson@carterarnett.com
Texas State Bar No. 24565128
Daniel L. Schmid
dschmid@carterarnett.com
Texas Bar No. 24093118
Michael C. Pomeroy
mpomeroy@carterarnett.com
Texas Bar No. 24098952
CARTER ARNETT PLLC
8150 N. Central Expy, 5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

IRELL & MANELLA LLP
Jason Sheasby (CA #205455)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**ATTORNEYS FOR APPLICANT
G+ COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

This is to certify that on July 14, 2022, a true and correct copy of the foregoing was delivered to all counsel of record through the court electronic filing system.

*/s/ Bradley D. Liddle*
Bradley D. Liddle