# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| In Re Application of § <br> § <br> G+ Communications LLC, § <br> § <br> Applicant, § <br> § <br> For an Order Pursuant To § <br> 28 U.S.C. § 1782 To Conduct Discovery § <br> For Use In A Foreign Proceeding § | Case No. 2:22-mc-0003-JRG-RSP |

## ORDER

Before the Court, Samsung Electronics America, Inc. moved for leave to intervene in the above styled action. Dkt. No. 6. Applicant G+ Communications LLC does not oppose the intervention. Dkt. No. 12. Having considered the motion and its unopposed nature, the Court finds that the motion should be and hereby is **GRANTED**. Samsung may intervene in the action.

**SIGNED this 2nd day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE