# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE APPLICATION OF G+ COMMUNICATIONS LLC § § § | |
| v. § § | Case No. 2:22-MC-0003-JRG-RSP |
| FOR AN ORDER PURUSANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING § § § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 25, 2022**

**OPEN:** 1:29 pm                                           **ADJOURN:** 2:43 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Brad Liddle |
| | Michael Pomeroy |
| ATTORNEY FOR DEFENDANTS: | Tom Reger |
| | Gil Gillam |
| LAW CLERK: | Morgan Dixon |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Brad Liddle announced ready and introduced co-counsel.   Gil Gillam announced ready and introduced co-counsel.

Brad Liddle argued Plaintiff's petition.   Tom Reger responded.   The Court took a break for the parties to meet and confer.

After the break, Mr. Reger informed the Court of the discussions held.   Mr. Liddle also responded.   The Court took the matter under submission and will enter an order.